[No. 53116-6-I. Division One. November 22, 2004.]

CITIZENS FOR SAFETY AND ENVIRONMENT, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-02041-9, Dean Scott Lum, J., entered August 25, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Becker, J.

[No. 53252-9-I. Division One. November 22, 2004.]

ASTRID CHRISTINA SANAI, *Respondent*, v. VIVECA SANAI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-07119-6, Charles S. French, J., entered August 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 53599-4-I. Division One. November 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PAUL DOMINGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00485-0, Richard J. Thorpe, J., entered December 11, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53628-1-I. Division One. November 22, 2004.]

SANDRA YEATER, *Appellant*, v. COMMONWEALTH INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-24281-1, Mary Yu, J., entered November 24, and December 12, 2003, and January 5, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Coleman, J.